SCOTT N. CAMERON
Attorney at Law
1007 7th Street, Suite 319
Sacramento, California 95814
Telephone: (916) 442-5230

Attorney for:
Alisha Grim

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 2:11-cr-00254 GEB |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED] ORDER CONTINUING CHANGE OF PLEA** |
| v. | ) | |
| Alisha Grim, et. al. | ) | DATE: October 14, 2011 |
| Defendants. | ) | TIME: 9:00 a.m. |
| | ) | COURT: Hon. Garland Burrell, Jr. |

## Stipulation

The parties, through undersigned counsel, stipulate that the change of plea, scheduled for October 14, 2011, may be continued to October 28, 2011, at 9:00 a.m. Counsel for Alisha Grim has a conflicting evidentiary/sentencing hearing in an unrelated case in another jurisdiction at the time currently set for the change of plea in the instant case.

Further, the parties, agree and stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. As such, the parties agree that time may be excluded from the speedy trial calculation under the Speedy Trial Act for counsel preparation, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4.

1

The government has authorized the defense counsel for Alisha Grim to sign this stipulation on her behalf.

DATED: October 12, 2011  BENJAMIN WAGNER
United States Attorney

by /s/ Scott N. Cameron, for
Michelle Rodriguez
Assistant U.S. Attorney

DATED: October 12, 2011
by /s/ Scott N. Cameron
Scott N. Cameron
Counsel for Alisha Grim

Order

Good cause appearing,

The change of plea, scheduled for October 14, 2011, is continued to October 28, 2011, at 9:00 a.m. The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial in this case. Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for counsel preparation.

IT IS SO ORDERED.

Dated: October 13, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge