SCOTT N. CAMERON
Attorney at Law
1007 7th Street, Suite 319
Sacramento, California 95814
Telephone: (916) 442-5230

Attorney for:
Alisha Grim

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:11-cr-00254 GEB |
| Plaintiff, ) | **STIPULATION AND [PROPOSED] ORDER CONTINUING THE JUDGMENT AND SENTENCING OF DEFENDANT ALISHA GRIM** |
| v. ) | |
| Alisha Grim, et. al. ) | |
| Defendants. ) | DATE: January 20, 2012 |
| | TIME: 9:00 a.m. |
| | COURT: Hon. Garland Burrell, Jr. |

## Stipulation

The parties, through undersigned counsel, stipulate that the judgment and sentencing of defendant Alisha Grim, scheduled for January 20, 2012, may be continued to February 10, 2012, at 9:00 a.m. Counsel for Alisha Grim received the final pre-sentence report (PSR) from Probation on January 5, 2012, and the present date set for counsel's motion for correction of the PSR is January 6, 2012. Counsel for Alisha Grim needs the additional time requested in this stipulation to consult with the client prior to filing the motion for correction of the PSR. The client is housed in the Nevada County Jail.

Furthermore, the parties stipulate to the following schedule of disclosure/briefing schedule:

1

| | |
|---|---|
| Proposed PSR Disclosed to Counsel: | Completed |
| Counsel's Written Objections to Probation: | Completed |
| Pre-Sentence Report Filed with the Court: | Completed |
| Motion for Correction to PSR: | January 27, 2012 |
| Reply or Statement of Non-Opposition: | February 3, 2012 |
| Judgment and Sentencing: | February 10, 2012, 9:00 a.m. |

The government has authorized the defense counsel for Alisha Grim to sign this stipulation on her behalf.

DATED: January 5, 2012                BENJAMIN WAGNER
                                      United States Attorney

                            by   /s/ Scott N. Cameron, for
                                 Michelle Rodriguez
                                 Assistant U.S. Attorney

DATED: January 5, 2012
                            by   /s/ Scott N. Cameron
                                 Scott N. Cameron
                                 Counsel for Alisha Grim

## Order

Good cause appearing,

The date for judgment and sentencing of defendant Alisha Grim, presently scheduled for January 20, 2012, is continued to February 10, 2012, at 9:00 a.m. The Court also orders the briefing schedule as set forth in the above stipulation.

IT IS SO ORDERED.

Dated: January 5, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge